JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Joshua and Sarah Huffee

**(b)** County of Residence of First Listed Plaintiff   Cumberland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Charles W. Marsar, Jr., Esq. /23 Marzella
3513 N. Front St., Harrisburg, PA 17110

## DEFENDANTS

J.W. Logistics Operations, LLC
t/d/b/a J.W. Logistics, LLC

County of Residence of First Listed Defendant   Collin
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
unknown at time of filing

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☑ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS

#### PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☑ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

#### PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

#### PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
#### Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
#### Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*  28 U.S.C. 1332

Brief description of cause:  Motor vehicle accident on 8/7/17

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $  1,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*   JUDGE  Rambo   DOCKET NUMBER  1:18-CV 1908

DATE  4/16/19

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

**R. J. MARZELLA & ASSOCIATES, P.C.**
**BY: CHARLES W. MARSAR, JR., ESQUIRE**
**PA SUPREME COURT I.D. NO. 86072**
**3513 NORTH FRONT STREET**                    ATTORNEYS FOR PLAINTIFF
**HARRISBURG, PA  17110-1438**
**TELEPHONE:  (717) 234-7828**
**FACSIMILE:  (717) 234-6883**
**EMAIL:CMARSAR@RJMARZELLA.COM**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

|  |  |
|---|---|
| JOSHUA AND SARAH HOFFEE<br>14 PARTRIDGE TRAIL<br>SHIPPENSBURG, PA 17257 | : <br> : <br> : |
|  | :     DOCKET NUMBER: |
| PLAINTIFFS, | : |
| VS. | : |
|  | :     NEGLIGENCE - CIVIL |
| J.W. LOGISTICS OPERATIONS, LLC<br>T/D/B/A J.W. LOGISTICS, LLC<br>3801 PARKWOOD BLVD.<br>SUITE 500<br>FRISCO, TX 75034 | : <br> : <br> : <br> : <br> : |
| DEFENDANTS | :     JURY TRIAL DEMANDED |

**COMPLAINT**

**AND NOW** come Plaintiffs, Joshua and Sarah Hoffee ("**Mr. Hoffee**" and "**Mrs.**

**Hoffee**"), by and through **R. J. MARZELLA & ASSOCIATES, P.C.**, and make the within

Complaint against Defendants, J.W. Logistics Operations, LLC t/d/b/a J.W. Logistics, LLC

("**Defendant J.W. Logistics**") and avers as follows:

1

**JURISDICTION**

1.     Plaintiffs, Mr. & Mrs. Hoffee, bring their Complaint under Federal Diversity Jurisdiction, 28 U.S.C. 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.00.

**THE PARTIES**

1.  Mr. & Mrs. Hoffee are competent adult individuals who at all relevant times were residing at 14 Partridge Trail, Shippensburg, PA 17257.

2.  Upon information and belief, Guillermo Cruz is a competent adult individual with a last known address of 19 Humming Bird Court Baltimore, MD 21227-3535.

3.  Upon information and belief, AAC Transportation, LLC is a Maryland Limited Liability Corporation, with a principle office at 119 Cherry Lane Glen Burnie, MD 21060-6370.

4.  Upon information and belief, AAC Transportation, LLC is: a Maryland Limited Liability Company; in the transportation industry; and doing business in the Commonwealth of Pennsylvania.

5.  Upon information and belief, Pedro Carcano is the owner/resident agent of AAC Transportation LLC with a last known address of 119 Cherry Lane Glen Burnie, MD 21060-6370.

6.  Upon information and belief, Amazon.com t/d/b/a Amazon is a business incorporated in the state of Delaware and doing business in the Commonwealth of Pennsylvania.

7.  Upon information and belief, Defendant J.W. Logistics is a Texas Limited Liability Corporation, with a principle office at 3801 Parkwood Blvd., Suite 500, Frisco, TX 75034.

8.  At all times material hereto, Guillermo Cruz was an agent, ostensible agent, servant, and/or employee of AAC Transportation, LLC, and was acting within the scope of said employment.

9.  At all times material hereto, Guillermo Cruz was an agent, ostensible agent, servant, and/or employee of Amazon.com, Inc t/d/b/a Amazon, and was acting within the scope of said employment.

10. At all times material hereto, Guillermo Cruz was an agent, ostensible agent, servant, and/or employee of Pedro Carcano, and was acting within the scope of said employment.

11. At all times material hereto, Guillermo Cruz was an agent, ostensible agent, servant, and/or employee of Defendant J.W. Logistics, and was acting within the scope of said employment.

## FACTS

1.  At all times material hereto, Mr. Hoffee was the operator and owner of a 2003 Dodge Durango, with the VIN number 1D4HS38N13F553730 (**"Mr. Hoffee's Vehicle"**), Pennsylvania license plate number: FBH0738.

2.  At all times material hereto, Guillermo Cruz was the operator of a large 2000 International Harvester Box Truck, with the VIN number 1HTSCABM2YH294572, owned by Pedro Carcano and/or AAC Transportation, LLC, Maryland license plate number: 2CS8374.

3

3.     At all times material hereto, Mr. Hoffee was covered under an automobile insurance policy issued by Travelers.

4.     At all times material hereto, Guillermo Cruz was not insured and failed to provide proof of insurance.

5.     Mr. Hoffee is Full Tort, as Guillermo Cruz – the at fault driver – was driving a vehicle registered in a state other than Pennsylvania (Maryland). 75 Pa. Cons. Stat. § 1705(d)(1)(ii).

6.     On or about August 7, 2017, at 8:30am, Joshua Hoffee, a Pennsylvania State Trooper, was driving south on SR696/Olde Scotland Road, Franklin County, Pennsylvania.

7.     At approximately the same time and place, Guillermo Cruz was traveling north on SR696/Olde Scotland Road, Franklin County, Pennsylvania, approaching Mr. Hoffee.

8.     Of note, it was raining on August 7, 2017, and the roads were wet.

9.     Guillermo Cruz was following a vehicle too closely, and when the vehicle slowed to make a right turn, Guillermo Cruz was unable to safely slow/stop.

10.     As a result, suddenly and without warning Guillermo Cruz negligently crossed into Mr. Hoffee's lane of travel, resulting in a violent head-on motor vehicle collision that caused Mr. Hoffee severe damage/injury.

11.     At the time of the collision, Guillermo Cruz truck was carrying a load of packages for Amazon and/or Defendant J.W. Logistics and acting as an "Amazon Delivery Provider."

12.     Therefore, at the time of the collision, Guillermo Cruz, Pedro Carcano, Defendant J.W. Logistics, and AAC Transportation, LLC were acting as agents, apparent agents, ostensible agents, employees, and/or contractors of Amazon.

13.     The police arrived at the collision at 8:41am and reported that Guillermo Cruz was at fault for the collision, receiving twenty-two (22) separate citations. (see the Police Report attached hereto as "**Exhibit A**").

14.     At all relevant times, Mr. Hoffee's vehicle was operated in a reasonable and prudent manner with due caution and regard for the motor vehicle laws of the Commonwealth of Pennsylvania.

15.     Guillermo Cruz failed to maintain control of his truck and crossed over the center line into Mr. Hoffee's lane, striking the front of Mr. Hoffee's vehicle.

16.     As a direct and proximate result of the negligence, gross negligence, carelessness, and recklessness of the Defendant, Mr. Hoffee sustained injuries, including but not limited to: right forearm radial shaft fracture (requiring surgery, joint reconstruction, and insertion of two metal plates); knee pain; wrist pain, forearm pain; wrist instability, and trauma, and a claim is made therefore.

17.     As a direct and proximate result of the negligence, gross negligence, carelessness, and recklessness of the Defendant, Mr. Hoffee has undergone continuing medical care for the aforesaid injuries, and a claim is made therefore.

18.     As a direct and proximate result of the negligence, gross negligence, carelessness, and recklessness of the Defendant, Mr. Hoffee has suffered permanent and severe scarring, and a claim is made therefore.

19.    As a direct and proximate result of the negligence, gross negligence, carelessness, and recklessness of the Defendant, Mr. Hoffee has suffered permanent impairment, and a claim is made therefore.

20.    As a direct and proximate result of the negligence, gross negligence, carelessness, and recklessness of the Defendans, Mr. Hoffee suffered physical pain, discomfort, and mental anguish, and he will continue to endure the same for an indefinite period of time in the future, to his physical, emotional, and financial detriment and loss, and a claim is made therefore.

21.    As a direct and proximate result of the negligence, gross negligence, carelessness, and recklessness of the Defendant, Mr. Hoffee has been compelled, in order to effect a cure for the aforesaid injuries, to spend money for medicine and/or medical attention and will be required to spend money for the same purposes in the future, to his detriment and loss, and a claim is made therefore.

22.    As a direct and proximate result of the negligence, gross negligence, carelessness, and recklessness of the Defendant, Mr. & Mrs. Hoffee suffered a loss of income and/or earning capacity and will continue to endure the same for an indefinite period of time in the future, to his physical, emotional, and financial detriment and loss, and a claim is made therefore.

23.    As a direct and proximate result of the negligence, gross negligence, carelessness, and recklessness of the Defendant, Mr. Hoffee suffered a loss of life's pleasures, and he will continue to suffer the same in the future, to his detriment and loss, and a claim is made therefore.

24.     As a direct and proximate result of the negligence, gross negligence, carelessness, and recklessness of the Defendants, Mr. Hoffee has been, and will in the future be, hindered from attending to his daily duties and chores, to his detriment and loss, and a claim is made therefore.

25.     The negligence, gross negligence, carelessness, and recklessness of the Defendants increased the risk that Mr. Hoffee would suffer serious injury and was a substantial factor in causing the damages listed above.

26.     As a direct and proximate result of the negligence, gross negligence, carelessness, and recklessness of the Defendants, Mrs. Hoffee has suffered a loss of consortium, and a claim is made therefore.

27.     Defendants herein are jointly and severally liable for all damages occasioned to Mr. Hoffee and detailed above.

## COUNT I – NEGLIGENT SELECTION AND RETENTION
## JOSHUA HOFFEE V. J.W. LOGISTICS OPERATIONS, LLC T/D/B/A J.W. LOGISTICS, LLC

28. All prior paragraphs are incorporated herein as if set forth fully below.

29. AAC Transportation, LLC, Guillermo Cruz, and Pedro Carcano, at all times herein were acting as agents, ostensible agents, servants, employees, and/or contractors for Defendant J.W. Logistics.

30. Defendant J.W. Logistics acted with negligence, gross negligence, and/or reckless indifference by selecting and retaining AAC Transportation, LLC, Guillermo Cruz, and Pedro Carcano by way of:

a. Knowing or having reason to know of their inattentiveness, negligence, and/or carelessness;

b. Knowing or having reason to know of their multiple citations/violations occurring prior to this incident;

c. Failing to perform periodic inspections/reviews of AAC Transportation, LLC, Pedro Carcano, and Guillermo Cruz to ensure compliance with the rule of the road and commercial vehicle compliance;

d. Failing to take action after AAC Transportation, LLC received two (2) violations on 04/12/17, Inspection Id: 59497502, and continuing to select/retain AAC Transportation, LLC thereafter;

e. Failing to take action after AAC Transportation, LLC received two (2) violations on 04/15/17, Inspection Id: 59532268, and continuing to select/retain AAC Transportation, LLC thereafter;

f. Failing to take action after AAC Transportation, LLC received one (1) violation on 04/21/17, Inspection Id: 59588009, and continuing to select/retain AAC Transportation, LLC thereafter;

g. Failing to take action after AAC Transportation, LLC received one (1) violation on 05/15/17, Inspection Id: 59815327, and continuing to select/retain AAC Transportation, LLC thereafter;

h. Failing to take action after AAC Transportation, LLC received two (2) violations on 06/24/17, Inspection Id: 60233874, and continuing to select/retain AAC Transportation, LLC thereafter;

i.  Failing to take action after AAC Transportation, LLC received five (5) violations on 07/14/17, Inspection Id: 60420412, roughly one month prior to the collision at issue, and continuing to select/retain AAC Transportation, LLC thereafter;

j.  Continuing to select/retain AAC Transportation, LLC, Pedro Carcano, and Guillermo Cruz despite their failing to carry vehicle/commercial insurance;

k.  Continuing to select/retain AAC Transportation, LLC, Pedro Carcano, and Guillermo Cruz despite their failing to correct defects of previous inspection reports, multiple times;

l.  Continuing to select/retain AAC Transportation, LLC, Pedro Carcano, and Guillermo Cruz despite their failing to comply with medical certificate requirements, multiple times;

m. Continuing to select/retain Guillermo Cruz despite him driving a commercial vehicle while disqualified (3rd offense for no medical certificate);

n.  Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that Guillermo Cruz or a similarly situated driver would fail to properly regulate the speed of his vehicle so as to prevent a collision;

o.  Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that Guillermo Cruz or a similarly situated driver would fail to have sufficient control of his

9

vehicle, which would have allowed the vehicle to be stopped before causing injury to any person or thing likely to arise under the circumstances;

p. Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that Guillermo Cruz or a similarly situated driver would fail be continuously alert, in failing to perceive any warning of danger that was reasonably likely to exist, and in failing to have his vehicle under such control that injury to persons or property could be avoided.

q. Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that AAC Transportation, LLC, Pedro Carcano, and Guillermo Cruz or a similarly situated driver would violate VC3361 (75 Pa.C.S. § 3361);

r. Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that AAC Transportation, LLC, Pedro Carcano, and Guillermo Cruz or a similarly situated driver would violate VC3310 (75 Pa.C.S. § 3310);

s. Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that AAC Transportation, LLC, Pedro Carcano, and Guillermo Cruz or a similarly situated driver would violate VC3309 (75 Pa.C.S. § 3309);

t. Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that AAC Transportation, LLC,

Pedro Carcano, and Guillermo Cruz or a similarly situated driver would violate VC3714 (75 Pa.C.S. § 3714);

u.  Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that AAC Transportation, LLC, Pedro Carcano, and Guillermo Cruz or a similarly situated driver would violate VC3301 (75 Pa.C.S. § 3301);

v.  Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that AAC Transportation, LLC, Pedro Carcano, and Guillermo Cruz or a similarly situated driver would violate VC1786F (75 Pa.C.S. § 17869(f));

w.  Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that Guillermo Cruz or a similarly situated driver would violate VC3334 (75 Pa.C.S. § 3334);

x.  Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that Guillermo Cruz or a similarly situated driver would fail to have/keep a record of duty status/driver's log, in violation of 395.8A (49 CFR § 395.8(a));

y.  Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that Guillermo Cruz or a similarly situated driver would fail to have/keep medical certificates, in violation of 391.41A-F (49 CFR § 391.41(a-f));

z.  Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that Guillermo Cruz or a

similarly situated driver would fail to correct defects of previous inspection reports, in violation of 396.9D2 (49 CFR § 396.9(d)(2));

aa. Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that Guillermo Cruz or a similarly situated driver would violate FMCSA 392.2LC;

bb. Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that AAC Transportation, LLC, Pedro Carcano, and Guillermo Cruz or a similarly situated driver would violate FMCSA 392.2R;

cc. Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that Guillermo Cruz or a similarly situated driver would fail to maintain and/or provide a driver's license, in violation of FMCSA 392.2DL;

dd. Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that Guillermo Cruz or a similarly situated driver was unable to speak English sufficiently to respond to official inquires, in violation of FMCSA 391.11B2;

ee. Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that Guillermo Cruz or a similarly situated driver would operate a vehicle without the required operating authority, in violation of FMCSA 392.9AA1;

ff. Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that AAC Transportation, LLC,

Pedro Carcano, and Guillermo Cruz or a similarly situated driver would operate a vehicle with a state insurance violation, in violation of FMCSA 392.2IN;

gg. Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that AAC Transportation, LLC, Pedro Carcano, and Guillermo Cruz or a similarly situated driver would operate a vehicle with a tire tread depth less than 2/32 of an inch (1/32), in violation of FMCSA 393.75B;

hh. Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that AAC Transportation, LLC, Pedro Carcano, and Guillermo Cruz or a similarly situated driver would operate a vehicle with no or defective lighting devices/reflective material (license plate lamp covered with black paint), in violation of FMCSA 393.11;

ii. Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that AAC Transportation, LLC, Pedro Carcano, and Guillermo Cruz or a similarly situated driver would operate a vehicle without markings in accordance with regulations, (unit displayed a MC number not listed with the company), in violation of FMCSA 390.21B;

jj. Negligently selecting and retaining Guillermo Cruz, despite the fact that they should have reasonably suspected that Guillermo Cruz or a similarly situated driver would violate local laws: PA Code 1605

13

Carcano as their lack of skill, experience, and equipment resulted in inattention and negligence, which Defendant J.W. Logistics knew or should have known of, and which directly caused Mr. Hoffee harm.

**WHEREFORE**, Plaintiff, Joshua Hoffee, seeks compensatory and punitive damages from Defendant, J.W. Logistics Operations, LLC t/d/b/a J.W. Logistics, LLC, in an amount in excess of the compulsory arbitration limits, exclusive of interest and costs.

## COUNT II – LOSS OF CONSORTIUM

## SARAH HOFFEE V. J.W. LOGISTICS OPERATIONS, LLC T/D/B/A J.W. LOGISTICS, LLC

33. All prior paragraphs are incorporated herein as if set forth fully below.

34. By way of the aforesaid injuries sustained by her husband, Mrs. Hoffee has been in the past and will be in the future deprived of the assistance, companionship, consortium and society of her husband, all of which has been and will continue to be to her great detriment and loss, and a claim is made therefore.

35. In addition, Mrs. Hoffee has lost wages and future potential earnings, as she had to alter her career to help take care of Mr. Hoffee after this incident, and a claim is made therefore.

**WHEREFORE**, Plaintiff, Sarah Hoffee, seeks compensatory and punitive damages from Defendant, J.W. Logistics Operations, LLC t/d/b/a J.W. Logistics, LLC, in an amount in excess of the compulsory arbitration limits, exclusive of interest and costs.

Respectfully submitted,

**R. J. MARZELLA & ASSOCIATES, P.C.**

BY: _____

CHARLES W. MARSAR, JR., ESQUIRE
ID No. 86072

DATED: _____4/16/19_____

# Exhibit A

AA-500 TX

**Commonwealth of Pennsylvania**
**Police Crash Report**

PAGE 1

Incident Number: **PA 2017-839549**

Crash Involves:

- ○ DUI
- ○ N/A
- ○ Fatality
- ○ Work Zone
- ○ Hit and Run
- ○ ATV
- ● Commercial Vehicle
- ○ Snowmobile

REPORTABLE

- ○ State Police Vehicle
- ○ Commonwealth Vehicle
- ○ Local Police Vehicle
- ○ Local Gov Vehicle

## Police Agency Data

| Agency Name | | | Case Closed | Patrol Zone | Investigation Date |
|---|---|---|---|---|---|
| **PA STATE POLICE - CHAMBERSBURG** | | | **YES** | **H0327** | **08/07/2017** |

| Dispatch Time | Arrival Time | Investigator | Badge Number |
|---|---|---|---|
| **08:29** hrs. | **08:41** hrs. | **FRANTZ, BENJAMIN** | **10585** |

| Approval Date | Reviewer | Reviewer Badge Number |
|---|---|---|
| **08/12/2017** | **KNOCK, MATTHEW A** | **10090** |

## Crash Data

| Date of Crash | Time of Crash | Day of the Week | Crash Description |
|---|---|---|---|
| **08/07/2017** | **08:29** hrs. | **MONDAY** | **HEAD ON** |

| County | Municipality |
|---|---|
| **FRANKLIN** | **SOUTHAMPTON TWP** |

| Weather Conditions | Relation to Roadway |
|---|---|
| **RAIN** | **ON TRAVEL LANES** |

| Illumination | Road Surface Conditions |
|---|---|
| **DAYLIGHT** | **WET** |

| # of Units | # of People | # of Injured | # Killed | EMS Agency | Medical Facility |
|---|---|---|---|---|---|
| **002** | **002** | **001** | **000** | **SHIPPENSBURG FIRE/EMS** | **HOLY SPIRIT MEDICAL CENTER** |

| School Bus Related | School Zone Related | PennDOT Property Damaged | Type of Intersection | Special Location |
|---|---|---|---|---|
| **NO** | **NO** | **NO** | **MIDBLOCK** | **NOT APPLICABLE** |

## Work Zone

| Work Zone | Work Zone Type | | Where In Work Zone |
|---|---|---|---|
| **NO** | | | |

| Speed Limit | Workers Present | Officer Present | Work Zone Characteristics | | | | |
|---|---|---|---|---|---|---|---|
| | | | ☐ Lane Closure | ☐ Road Closed with Detour | ☐ Work on Shoulder or Median | ☐ Intermittent or Moving Work | ☐ Flagger Control   ☐ Other |

## Principal Road

| Route Signing | Route Number | Segment Number | Travel Lanes | Speed Limit | Orientation |
|---|---|---|---|---|---|
| **STATE HIGHWAY** | **0696** | | **02** | **55 MPH** | **SOUTH** |

| House Number | Street Name | St. Ending |
|---|---|---|
| **8847** | **OLDE SCOTLAND** | **ROAD** |

## Intersecting Rd.

| Used in Intersection Crashes | Route Signing | Route Number | Segment Number | Travel Lanes | Speed Limit | Orientation |
|---|---|---|---|---|---|---|
| | Street Name | | | | | St. Ending |

## Distance From Landmark (Used for Mid-Block Crashes)

| Landmark 1 | Route Number | Or Mile Post | Tenths | Delimiting Road Type | Ramp Use Only | Feet |
|---|---|---|---|---|---|---|
| | Street Name | | | Street Ending | | Or Miles   Tenths |

| Landmark 2 | Route Number | Or Mile Post | Tenths | Delimiting Road Type | Ramp Use Only | |
|---|---|---|---|---|---|---|
| | Street Name | | | Street Ending | | The above entry is the distance from the Crash Scene to Landmark 1 |

## GPS

| Latitude: | Degrees **40** | Minutes **01** | Seconds **27** | Decimal **666** | Longitude: − | Degrees **77** | Minutes **31** | Seconds **41** | Decimal **258** |
|---|---|---|---|---|---|---|---|---|---|

## TCD

| Traffic Control Device | Traffic Control Functioning |
|---|---|
| **NOT APPLICABLE** | **NO CONTROLS** |

## Lane

| Lane Closed | Lane Closure Direction | Traffic Detoured | Estimated Time Closed |
|---|---|---|---|
| **PARTIALLY** | **SOUTH** | **NO** | **1-3 HRS** |

## Environmental / Roadway Potential Factors (E/R)

| Factor 1 | Factor 2 | Factor 3 |
|---|---|---|
| **NONE** | | |

## Event Information

| First Harmful Event in the Crash | | Most Harmful Event in the Crash | |
|---|---|---|---|
| Unit Number **001** | Harmful Event **HIT UNIT 2** | Unit Number **001** | Harmful Event **HIT UNIT 2** |

| Indicated Prime Factor | Unit Number | Prime Factor Driver Action |
|---|---|---|
| **DRIVER ACTION** | **001** | **DRIVING TOO FAST FOR CONDITIONS** |

| Prime Factor Environmental/Roadway | Prime Factor Vehicle Failure | Prime Factor Pedestrian Action |
|---|---|---|
| | | |

| Road Surface Type | Special Jurisdiction |
|---|---|
| | |

AA-500 TX

Incident Number:   PA 2017-839549

**Commonwealth of Pennsylvania**
**Police Crash Report**

PAGE 2

REPORTABLE

Crash Involves:

○ DUI      ○ Fatality      ○ Hit and Run      ◉ Commercial Vehicle      ○ State Police Vehicle      ○ Local Police Vehicle
○ N/A      ○ Work Zone      ○ ATV      ○ Snowmobile      ○ Commonwealth Vehicle      ○ Local Gov Vehicle

### Driver/Pedestrian Information

| Unit Number | Type Unit | | | Commercial Vehicle | Primary Violation | | | | | Charged |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Motor Vehicle in Transport | | | Yes | | | | | | |

| First Name | MI | Last Name | | | | Suffix | DOB | Telephone Number |
|---|---|---|---|---|---|---|---|---|
| GUILLERMO | D | CRUZ | | | | | 07/08/1964 | (717) 889-6206 |

| Street Address | City | | State | Zip Code |
|---|---|---|---|---|
| 19 HUMMINGBIRD CT | BALTIMORE | | MD | 21227-3535 |

| Gender | License Number | License State | Class | Expiration Date | Owner/Driver |
|---|---|---|---|---|---|
| MALE | C620291139542 | MD | C | 07/08/2021 | PRIVATE VEHICLE NOT OWNED/LEASED BY DRIVER |

| Driver Presence | Physical Condition | Alcohol/Drugs Suspected | Alcohol Test Type | Alcohol Test Results |
|---|---|---|---|---|
| DRIVER OPERATED VEHICLE | APPARENTLY NORMAL | NO | TEST NOT GIVEN | |

| Violation 1 | | Charged | Violation 2 | | Charged |
|---|---|---|---|---|---|
| 3361 DRIVING VEHICLE AT SAFE SPEED | | YES | 1786F REQUIRED FINANCIAL RESPONSIBILITY | | YES |

| Violation 3 | | Charged | Violation 4 | | Charged |
|---|---|---|---|---|---|
| 3714A CARELESS DRIVING | | YES | 3309I DRIVING ON ROADWAYS LANED FOR TRAFFIC | | YES |

| Driver Action | DRIVING TOO FAST FOR CONDITIONS |
|---|---|

| Pedestrian Action | | Pedestrian Signals | Pedestrian Clothing | Pedestrian Location |
|---|---|---|---|---|
| | | | | |

| 1st Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
|---|---|---|---|
| HIT UNIT 2 | | YES | |

| 2nd Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
|---|---|---|---|
| | | | |

| 3rd Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
|---|---|---|---|
| | | | |

| 4th Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
|---|---|---|---|
| | | | |

### Vehicle Information

| Owner First Name | Owner MI | Owner Last Name or Business Name | | Suffix |
|---|---|---|---|---|
| PEDRO | C | CARCAMO | | |

| Street Address | City | | State | Zip Code |
|---|---|---|---|---|
| 119 CHERRY LN | GLEN BURNIE | | MD | 21060 |

| Vehicle Type | Special Usage | Government Equipment Number |
|---|---|---|
| LARGE TRUCK | NOT APPLICABLE | |

| Model Year | Vehicle Make | Vehicle Model | Vehicle Color | VIN |
|---|---|---|---|---|
| 2000 | INTERNATIONAL HARVESTER | BOX TRUCK | WHITE | 1HTSCABM2YH294572 |

| License Plate | Reg. State | Est. Speed | Vehicle Towed | Towed By |
|---|---|---|---|---|
| 2CS8374 | MD | 055 | YES | DAVES TOWING |

| Insurance | Insurance Company | Policy Number | Expiration Date |
|---|---|---|---|
| NO | | | |

| Direction of Travel | Vehicle Position | Vehicle Movement | Initial Impact Point |
|---|---|---|---|
| NORTH | RIGHT LANE "CURB" | GOING STRAIGHT | 12 O'CLOCK |

| Damage Indicator | Gradient | Road Alignment | Possible Vehicle Failures |
|---|---|---|---|
| DISABLING | LEVEL | STRAIGHT | TIRES |

#### Trailing Units

| # of Units | Type Unit 1 | Tag Number | Tag Year | Tag State |
|---|---|---|---|---|
| 0 | | | | |

| Unit Make | | Unit Owner | |
|---|---|---|---|
| | | | |

| Type Unit 2 | Tag Number | Tag Year | Tag State |
|---|---|---|---|
| | | | |

| Unit Make | | Unit Owner | |
|---|---|---|---|
| | | | |

#### Motorcycle

| Engine Size | Passenger? | Saddle Bag/Trunk? | Trailer? | Driver Education? |
|---|---|---|---|---|
| cc | | | | |

| Driver Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
|---|---|---|---|---|---|---|
| | | | | | | |

| Passenger Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
|---|---|---|---|---|---|---|
| | | | | | | |

#### Pedalcycle

| Passenger? | Helmet? |
|---|---|
| | |

| Head Lights? | Rear Reflectors? |
|---|---|
| | |

AA-500 TX

Incident Number:   PA 2017-839549

**Commonwealth of Pennsylvania**
**Police Crash Report**

PAGE 3

**Crash Involves:**

REPORTABLE

○ DUI   ○ Fatality   ○ Hit and Run   ◉ Commercial Vehicle   ○ State Police Vehicle   ○ Local Police Vehicle
○ N/A   ○ Work Zone   ○ ATV   ○ Snowmobile   ○ Commonwealth Vehicle   ○ Local Gov Vehicle

| Unit Number | Type Unit | | Commercial Vehicle | Primary Violation | | Charged |
|---|---|---|---|---|---|---|
| 2 | Motor Vehicle in Transport | | No | | | |

| First Name | MI | Last Name | | Suffix | DOB | Telephone Number |
|---|---|---|---|---|---|---|
| JOSHUA | K | HOFFEE | | | 01/18/1989 | (717) 264-5161 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 14 PARTRIDGE TRL | SHIPPENSBURG | PA | 17257 |

| Gender | License Number | License State | Class | Expiration Date | Owner/Driver |
|---|---|---|---|---|---|
| MALE | 28433364 | PA | B | 01/19/2021 | PRIVATE VEHICLE OWNED/LEASED BY DRIVER |

| Driver Presence | Physical Condition | Alcohol/Drugs Suspected | Alcohol Test Type | Alcohol Test Results |
|---|---|---|---|---|
| DRIVER OPERATED VEHICLE | APPARENTLY NORMAL | NO | TEST NOT GIVEN | |

| Violation 1 | | Charged | Violation 2 | | Charged |
|---|---|---|---|---|---|
| | | | | | |
| Violation 3 | | Charged | Violation 4 | | Charged |
| | | | | | |

Driver Action   **NO CONTRIBUTING ACTION**

| Pedestrian Action | Pedestrian Signals | Pedestrian Clothing | Pedestrian Location |
|---|---|---|---|
| | | | |

| 1st Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
|---|---|---|---|
| STRUCK BY UNIT 1 | | YES | |
| 2nd Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
| 3rd Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
| 4th Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |

*(Left side label: Driver/Pedestrian Information)*

| Owner First Name | Owner MI | Owner Last Name or Business Name | | Suffix |
|---|---|---|---|---|
| JOSHUA | K | HOFFEE | | |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 14 PARTRIDGE TRL | SHIPPENSBURG | PA | 17257 |

| Vehicle Type | Special Usage | Government Equipment Number |
|---|---|---|
| SUV | POLICE | |

| Model Year | Vehicle Make | Vehicle Model | Vehicle Color | VIN |
|---|---|---|---|---|
| 2003 | DODGE | DURANGO | OTHER | 1D4HS38N13F553730 |

| License Plate | Reg. State | Est. Speed | Vehicle Towed | Towed By |
|---|---|---|---|---|
| FBH0738 | PA | 055 | YES | CDC TOWING |

| Insurance | Insurance Company | Policy Number | Expiration Date |
|---|---|---|---|
| YES | TRAVELERS | 9961101222031 | 12/23/2017 |

| Direction of Travel | Vehicle Position | Vehicle Movement | Initial Impact Point |
|---|---|---|---|
| SOUTH | RIGHT LANE "CURB" | GOING STRAIGHT | 12 O'CLOCK |

| Damage Indicator | Gradient | Road Alignment | Possible Vehicle Failures |
|---|---|---|---|
| DISABLING | LEVEL | STRAIGHT | NONE |

**Trailing Units**

| # of Units | Type Unit 1 | Tag Number | Tag Year | Tag State |
|---|---|---|---|---|
| 0 | | | | |
| Unit Make | | Unit Owner | | |
| Type Unit 2 | | Tag Number | Tag Year | Tag State |
| Unit Make | | Unit Owner | | |

**Motorcycle**

| Engine Size | Passenger? | Saddle Bag/Trunk? | Trailer? | Driver Education? |
|---|---|---|---|---|
| cc | | | | |

| Driver Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
|---|---|---|---|---|---|---|
| | | | | | | |
| Passenger Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |

**Pedalcycle**

| Passenger? | Helmet? |
|---|---|
| | |
| Head Lights? | Rear Reflectors? |

*(Left side label: Vehicle Information)*

AA-500 TX

**Commonwealth of Pennsylvania**
**Police Crash Report**

PAGE 4

Incident Number:   PA 2017-839549

Crash Involves:

REPORTABLE

- ○ DUI
- ○ N/A
- ○ Fatality
- ○ Work Zone
- ○ Hit and Run
- ○ ATV
- ● Commercial Vehicle
- ○ Snowmobile
- ○ State Police Vehicle
- ○ Commonwealth Vehicle
- ○ Local Police Vehicle
- ○ Local Gov Vehicle

## Commercial Vehicle

| Unit Number | Number of Axles | Carrier Name | | | Phone Number | |
|---|---|---|---|---|---|---|
| 1 | 02 | AAC TRANSPORT | | | 7178896206 | |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 119 CHERRY LANE | GLENN BURNIE | MD | 21060 |

| Cargo Body Type | Vehicle Configuration | GVWR |
|---|---|---|
| VAN / ENCLOSED BOX | MEDIUM / HEAVY TRUCK - CANNOT CLASSIFY | 026000 |

| Oversize Load | USDOT Number | PUC Number | Hazardous Materials |
|---|---|---|---|
| NO | 02946066 | | |

| HazMat Class 1 | Release Indicator 1 |
|---|---|
| | |

| HazMat Class 2 | Release Indicator 2 |
|---|---|
| | |

| HazMat Class 3 | Release Indicator 3 |
|---|---|
| | |

| HazMat Class 4 | Release Indicator 4 |
|---|---|
| | |

## People Information

| Unit # | Person No. | First Name | MI | Last Name | Suffix | DOB |
|---|---|---|---|---|---|---|
| 001 | 001 | GUILLERMO | D | CRUZ | | 07/08/1964 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 19 HUMMINGBIRD CT | BALTIMORE | MD | 21227-3535 |

| Phone Number | EMS Transport | Person Type | Gender | Injury Severity |
|---|---|---|---|---|
| (443) 979-5478 | NO | DRIVER | MALE | NOT INJURED |

| Seat Position | Safety Equipment 1 |
|---|---|
| DRIVER - ALL VEHICLES | LAP AND SHOULDER BELT USED |

| Safety Equipment 2 | Extrication |
|---|---|
| NONE USED / NOT APPLICABLE | NOT EXTRICATED |

| Ejection | Ejection Path |
|---|---|
| NOT EJECTED | NOT EJECTED/NOT APPLICABLE |

| Unit # | Person No. | First Name | MI | Last Name | Suffix | DOB |
|---|---|---|---|---|---|---|
| 002 | 002 | JOSHUA | K | HOFFEE | | 01/18/1989 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 14 PARTRIDGE TRL | SHIPPENSBURG | PA | 17257 |

| Phone Number | EMS Transport | Person Type | Gender | Injury Severity |
|---|---|---|---|---|
| (717) 264-5161 | YES | DRIVER | MALE | SUSPECTED SERIOUS INJURY |

| Seat Position | Safety Equipment 1 |
|---|---|
| DRIVER - ALL VEHICLES | LAP AND SHOULDER BELT USED |

| Safety Equipment 2 | Extrication |
|---|---|
| MULTIPLE AIRBAGS DEPLOYED | NOT EXTRICATED |

| Ejection | Ejection Path |
|---|---|
| NOT EJECTED | NOT EJECTED/NOT APPLICABLE |

## Witness

| First Name | MI | Last Name | Suffix | Phone Number |
|---|---|---|---|---|
| GUY | I | BROWN | | (717) 304-8918 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 1011 ROXBURY RD | NEWBURG | PA | 17240 |

## Property Damaged

| Owners First Name | MI | Last Name | Suffix | Phone Number |
|---|---|---|---|---|
| CYRUS | C | ULSH | | (717) 532-2777 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 8847 OLDE SCOTLAND RD | SHIPPENSBURG | PA | 17257 |

| Property Description |
|---|
| YARD/TURF DAMAGED |

AA-500 TX

**Incident Number:**   PA 2017-839549

Crash Involves:

# Commonwealth of Pennsylvania
## Police Crash Report

PAGE 5

REPORTABLE

○ DUI          ○ Fatality        ○ Hit and Run     ◉ Commercial Vehicle    ○ State Police Vehicle      ○ Local Police Vehicle

○ N/A          ○ Work Zone       ○ ATV             ○ Snowmobile            ○ Commonwealth Vehicle     ○ Local Gov Vehicle

Diagram



AA-500 TX

Incident Number:   PA 2017-839549

. Crash Involves:

**Commonwealth of Pennsylvania**
**Police Crash Report**

PAGE 6

REPORTABLE

NARRATIVE

| ○ DUI | ○ Fatality | ○ Hit and Run | ○ Commercial Vehicle | ◉ State Police Vehicle | ○ Local Police Vehicle |
| ○ N/A | ○ Work Zone | ○ ATV | ○ Snowmobile | ○ Commonwealth Vehicle | ○ Local Gov Vehicle |

**Crash Synopsis**

This crash occurred as Unit 1 was traveling North on SR696/Olde Scotland Rd. Unit 2 was traveling South on SR696/Olde Scotland Rd. Unit 1 traveled into the oncoming(South) lane of travel to avoid a collision with a vehicle turning right into a parking area. Unit 1 impacted Unit 2 at their 12 o'clock positions, causing severe damage. Unit 1 and Unit 2 came to an uncontrolled final rest facing south in the southbound lane.

**Crash Details**

This crash occurred as Unit 1 was traveling North on SR696/Olde Scotland Rd. Unit 2 was traveling South on SR696/Olde Scotland Rd. Unit 1 traveled into the oncoming(South) lane of travel to avoid a collision with a vehicle turning right into a parking area. Unit 1 impacted Unit 2 at their 12 o'clock positions, causing severe damage. Unit 1 and Unit 2 came to an uncontrolled final rest facing south in the southbound lane.

Physical evidence at the scene consisted of both Unit 1 and Unit 2 at final rest with disabling/major damage. I observed both airbags of Unit 2 were deployed. The weather was actively raining, and the roadway was wet. I also observed that the tires of Unit 1 had no tread left on the tires. I observed that Operator 2 had an apparent broken right hand/arm. I observed that Operator 1 had no injuries, and denied EMS.

On 08/08/17 at approximately 0840 hours, I spoke to Operator 2 at the scene. Operator 2 related that he was traveling South on SR696/Olde Scotland Road to get on I-81 as he was in route to a trial at the Franklin County Courthouse. Operator 2 related that he observed a vehicle in the opposing lane preparing to turn right into a parking lot. Operator 2 related that he observed Unit 1 traveling north on SR696/Olde Scotland Road at a high rate of speed. Operator 2 related that he observed Unit 1 travel into his lane, at which time he attempted to avoid a collision by turning right into a yard. Operator 2 related that Unit 1 impacted his vehicle head on.

On 08/08/17 at approximately 0850 hours, I spoke to Operator 1 at the scene. Operator 1 related that he was traveling north on SR696/Olde Scotland Road, as he was headed to an unknown destination in Shippensburg for a delivery, as he was transporting multiple pallets of merchandise for the Amazon Company. Operator 1 related that he observed a vehicle turning right, and he knew he could not stop in time. Operator 1 related that he swerved into the oncoming traffic lane and then impacted Unit 2.

On 08/08/17 at approximately 0855 hours I spoke to the Witness at the scene. The Witness related he was behind Unit 1 traveling north on SR696/Olde Scotland Road. The Witness related that he observed Unit 1 travel into the oncoming traffic lane, and strike Unit 2 head on.

I was assisted by MCEO Chad RONK, who completed a full inspection of Unit 1. I was also assisted by Trooper SHAFFRON, Trooper GELVIN, Trooper MCCLEAF, Trooper MARTIN, and Trooper WAREHAM.

SP7-0015 completed and issued at the scene.

Property owner was provided SP7-0015.

Operator 1 cited with the following...

| | |
|---|---|
| VC3361 | - Too Fast for Condition |
| VC3310 | - Following Too Closely |
| VC3309 | - Roadways laned for Traffic |
| VC3714 | - Careless Driving |
| VC3301 | - Failure to drive on right side of roadway |
| VC1786F | - No insurance |
| VC3334 | - Unsafe lane change |
| 395.8A | - No Record of duty status/drivers log |
| 391.41A-F | - No medical certificate |
| 396.9D2 | - Failure to Correct defects of previous inspection report |
| 392.2LC | - Improper lane change |

SP 7-0015TX

WWW.PSP.STATE.PA.US

## APPLICATION TO OBTAIN COPY OF
## POLICE CRASH REPORT

PA STATE POLICE - CHAMBERSBURG
7172646161

| FOR POLICE USE ONLY (LEAVE BLANK) |
| --- |
|  |

**PLEASE DO NOT SUBMIT THIS APPLICATION UNTIL 15 DAYS HAVE ELAPSED SINCE THE DATE OF THE CRASH.**

THIS CRASH, WHICH YOU WERE INVOLVED IN, WILL BE INVESTIGATED IN ACCORDANCE WITH SECTION 3746(C) OF THE PENNSYLVANIA VEHICLE CODE BY THE POLICE AGENCY LISTED ABOVE.

PERSONS AUTHORIZED BY SECTION 3751(B) OF THE PENNSYLVANIA VEHICLE CODE, WHO MAY OBTAIN A COPY OF THE POLICE CRASH REPORT, INCLUDE ANY PERSON INVOLVED IN THE CRASH, THEIR ATTORNEY, INSURER, THE FEDERAL GOVERNMENT, BRANCHES OF THE MILITARY SERVICE, COMMONWEALTH AGENCIES, OFFICIALS OF POLITICAL SUBDIVISIONS, OR AGENCIES OF OTHER STATES AND NATIONS AND THEIR POLITICAL SUBDIVISIONS.

THE POLICE CRASH REPORT MAY BE VIEWED OR PHOTOGRAPHED (WITH PERSONAL EQUIPMENT) BY ANY PERSON INVOLVED (NOT WITNESSES), THEIR ATTORNEY, INSURER, AND CERTAIN GOVERNMENT OFFICIALS ONLY AT THE POLICE AGENCY LISTED ABOVE.

| DATE OF CRASH | TIME OF CRASH | INCIDENT NUMBER | |
| --- | --- | --- | --- |
| 08/07/2017 | 08:29 | PA 2017-839549 | |
| COUNTY | | MUNICIPALITY | |
| FRANKLIN | | SOUTHAMPTON TWP | |
| ROUTE # | LOCATION | ROUTE SIGNING | |
| 0696 | OLDE SCOTLAND | STATE HIGHWAY | |

**REASON FOR REQUEST:**

| | YOUR INVOLVEMENT (E.G. DRIVER, OWNER, ETC.) |
| --- | --- |
| ☐  DIRECTLY INVOLVED IN CRASH | |
| ☐  ATTORNEY OR INSURER FOR PERSON INVOLVED IN CRASH | CLIENT'S NAME |
| ☐  GOVERNMENT AGENCY OR OFFICIAL | AGENCY AND TITLE |
| ☐  OTHER (EXPLAIN): | |

**REQUESTOR:**

| NAME | PHONE # |
| --- | --- |
| ADDRESS      CITY | STATE   ZIP CODE |
| SIGNATURE | |

**OTHERS INVOLVED IN THE CRASH (E.G. DRIVERS, OWNERS, PEDESTRIANS, PROPERTY OWNERS, ETC.):**

| NAME | NAME |
| --- | --- |
| INVOLVEMENT (ADDRESS IF PROPERTY OWNER) | INVOLVEMENT (ADDRESS IF PROPERTY OWNER) |

**ENCLOSE CHECK WITH APPLICATION:**

| PAYABLE TO: | IN THE AMOUNT OF: | | |
| --- | --- | --- | --- |
| COMMONWEALTH OF PENNSYLVANIA | $22.00 | | |
| MAIL TO: | | | |
| PA STATE POLICE: CRASH REPORTS UNIT | | | |
| ADDRESS: | CITY: | STATE: | ZIP CODE: |
| 1800 ELMERTON AVE. | HARRISBURG | PA | 17110 |

**ENTER YOUR COMPLETE NAME, MAILING ADDRESS AND EMAIL ADDRESS WHERE COPY IS TO BE SENT:**

| NAME | REQUEST COPY VIA EMAIL (IN LIEU OF MAILING) |
| --- | --- |
| | ☐ COPY WILL BE PROVIDED IN AN ADOBE FORMAT |
| ADDRESS | * NOT AVAILABLE FOR CRASHES PRIOR TO 1/2004 |
| | LEGIBLY ENTER YOUR EMAIL ADDRESS |
| CITY      STATE   ZIP CODE | |

SP 7-0501TX-Driver Exchange
SP 7-0099TX-Non Reportable

## Commonwealth of Pennsylvania

## Driver Notice and Exchange Report

INCIDENT NUMBER
PA 2017-839549

| PA STATE POLICE - CHAMBERSBURG | (717) 264-5161 |
|---|---|

| DATE OF CRASH | TIME OF CRASH | DAY OF WEEK | COUNTY | MUNICIPALITY |
|---|---|---|---|---|
| 08/07/2017 | 08:29 hrs. | MONDAY | FRANKLIN | SOUTHAMPTON TWP |

| ROUTE # | SEGMENT # | STREET | STREET ENDING |
|---|---|---|---|
| 0696 | | OLDE SCOTLAND | ROAD |

| PATROL ZONE | INVESTIGATOR \ INVESTIGATOR SIGNATURE | BADGE NUMBER |
|---|---|---|
| H0327 | FRANTZ, BENJAMIN | 10585 |

| REVIEWER | REVIEWER BADGE NUMBER | APPROVAL DATE |
|---|---|---|
| KNOCK, MATTHEW A | 10090 | 8/12/2017 |

| Latitude: | Degrees 40 | Minutes 01 | : | Seconds 27 | . | Decimal 666 | Longitude: - | Degrees 77 | Minutes 31 | : | Seconds 41 | . | Decimal 258 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Location:

8847 OLDE SCOTLAND RD

### Driver / Vehicle

| UNIT # | DRIVER'S LAST NAME | FIRST NAME | MI | SUFFIX | DOB | GENDER | PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| 001 | CRUZ | GUILLERMO | D | | 07/08/1964 | MALE | (717) 889-6206 |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 19 HUMMINGBIRD CT | BALTIMORE | MD | 21227-3535 |

| LICENSE NUMBER | LICENSE STATE | CLASS | EXPIRATION DATE |
|---|---|---|---|
| C620291139542 | MD | C | 07/08/2021 |

| INSURANCE COMPANY | POLICY NUMBER | POLICY EXPIRATION DATE | INSURANCE CO. PHONE # |
|---|---|---|---|
| | | | |

| OWNER'S LAST NAME OR BUSINESS NAME | FIRST NAME | MI | SUFFIX |
|---|---|---|---|
| CARCAMO | PEDRO | C | |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 119 CHERRY LN | GLEN BURNIE | MD | 21060 |

| VEHICLE YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2000 | INTERNATIONAL HARVESTER | BOX TRUCK | 1HTSCABM2YH294572 |

| LICENSE PLATE | STATE | VIOLATION (INCLUDING SECTION NUMBER): | DRIVER CHARGE |
|---|---|---|---|
| 2CS8374 | MD | 3361 DRIVING VEHICLE AT SAFE SPEED | YES |

### Driver / Vehicle

| UNIT # | DRIVER'S LAST NAME | FIRST NAME | MI | SUFFIX | DOB | GENDER | PHONE NUMBER |
|---|---|---|---|---|---|---|---|
| 002 | HOFFEE | JOSHUA | K | | 01/18/1989 | MALE | (717) 264-5161 |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 14 PARTRIDGE TRL | SHIPPENSBURG | PA | 17257 |

| LICENSE NUMBER | LICENSE STATE | CLASS | EXPIRATION DATE |
|---|---|---|---|
| 28433384 | PA | B | 01/19/2021 |

| INSURANCE COMPANY | POLICY NUMBER | POLICY EXPIRATION DATE | INSURANCE CO. PHONE # |
|---|---|---|---|
| TRAVELERS | 9951101222031 | 12/23/2017 | (800) 252-4633 |

| OWNER'S LAST NAME OR BUSINESS NAME | FIRST NAME | MI | SUFFIX |
|---|---|---|---|
| HOFFEE | JOSHUA | K | |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 14 PARTRIDGE TRL | SHIPPENSBURG | PA | 17257 |

| VEHICLE YEAR | MAKE | MODEL | VIN |
|---|---|---|---|
| 2003 | DODGE | DURANGO | 1D4HS38N13F553730 |

| LICENSE PLATE | STATE | VIOLATION (INCLUDING SECTION NUMBER): | DRIVER CHARGE |
|---|---|---|---|
| FBH0738 | PA | | |

### Property Damaged

| OWNER'S FIRST NAME | MI | LAST NAME | SUFFIX | PHONE NUMBER |
|---|---|---|---|---|
| CYRUS | C | ULSH | | (717) 532-2777 |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 8847 OLDE SCOTLAND RD | SHIPPENSBURG | PA | 17257 |

| PROPERTY DESCRIPTION |
|---|
| YARD/TURF DAMAGED |

### Witness

| First Name | MI | Last Name | Suffix | Phone Number |
|---|---|---|---|---|
| GUY | I | BROWN | | (717) 304-8918 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 1011 ROXBURY RD | NEWBURG | PA | 17240 |

Crash Synopsis

**This crash occurred as Unit 1 was traveling North on SR696/Olde Scotland Rd. Unit 2 was traveling South on SR696/Olde Scotland Rd. Unit 1 traveled into the oncoming(South) lane of travel to avoid a collision with a vehicle turning right into a parking area. Unit 1 impacted Unit 2 at their 12 o'clock positions, causing severe**

Crash Synopsis

damage.  Unit 1 and Unit 2 came to an uncontrolled final rest facing south in the southbound lane.

NOTICE TO COMMERCIAL MOTOR VEHICLE (CMV) DRIVERS: UNDER PENALTY OF A FINE UP TO $200, PA TITLE 75, §3756 MANDATES THAT

COMMERCIAL MOTOR VEHICLE DRIVER'S INVOLVED IN A REPORTABLE CRASH OBTAIN TESTING FOR ALCOHOL AND CONTROLLED

SUBSTANCES. COMMERCIAL MOTOR VEHICLE DRIVER'S ARE RESPONSIBLE FOR OBTAINING TESTING, AND THE COSTS ARE TO BE BORNE

BY THE DRIVER'S EMPLOYER. THIS SECTION GIVES NO ENTITLEMENT FOR POLICE TO RECEIVE THESE RESULTS, BUT TEST RESULTS CAN

BE OBTAINED BY OTHER LEGAL PROCESSES IF WARRANTED.